Crisandra Thornton
4128 Utica Ave. S.
St. Louis Park, Minnesota 55416

Jeffrey Wagner #1000988802
Internal Revenue Service
Suite 500
1550 American Blvd. East
Bloomington, MN 55425

Re: "IRS Form 2039 Summons"

Mr. Wagner,

This is in response to the "IRS Form 2039 summons" left at my door, and subsequent follow-up conversation with you and my associate, Marc Stevens.

First, you responded in bad faith by refusing to disclose any evidence to support your claim when asked politely and plainly "What evidence do you have to show that the code applies in this matter?"

You then abruptly hung up when asked again several times, politely, to show, "What evidence do you have to show that the code applies in this matter?" Marc Stevens followed up with Amanda Shirley and she said you don't have to present evidence of jurisdiction. Amanda also confirmed your position is; the code applies because the code says so. Despite relying on only a logical fallacy as "evidence," you continue proceeding against me in bad faith.

Second, I am the married spouse of John Thornton. The adverse spousal privilege does not allow you to contact me or demand any discovery and protects one spouse from being compelled to testify against the other. [*United States. v. Porter*, 986 F.2d. 1014, 1018 (6th Cir. 1993); *United States v. Marashi*, 913 F.2d. 724, 729 (9th Cir. 1990)].

As my husband and I maintain a separate property agreement, any harassment of me constitutes persecution of an innocent spouse. Please refrain in your attempt to violate the spousal privilege.

Sincerely,

*Crisandra Thornton*
Crisandra Thornton

EXHIBIT B