# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

United States of America,

        Plaintiff,

v.

Crisandra J. Thornton,

        Defendant.

**COURT MINUTES**
BEFORE:  Tony N. Leung
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 13-mc-86 (SRN/TNL) |
| Date: | December 11, 2013 |
| Courtroom: | STP Courtroom 3A |
| Court Reporter: | |
| Recording: | AUDIO |
| Time Commenced: | 3:14 p.m. |
| Time Concluded: | 3:26 p.m. |
| Time in Court: | 12 Minutes |

APPEARANCES:

Plaintiff:    D. Gerald Wilhelm, **Assistant United States Attorney**
Defendant:   *pro se*

The Court heard oral argument on its Order to Show Cause (ECF No. 4).

Motions taken under advisement as of:  December 11, 2013

☐ ORDER TO BE ISSUED   ☐ NO ORDER TO BE ISSUED   ☒ R&R TO BE ISSUED   ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

   s/ CMP
Signature of Law Clerk