# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America,

                  Petitioner,

v.

Crisandra J. Thornton,

                  Respondent.

**JUDGMENT IN A CIVIL CASE**

Case Number:  13-mc-86 (SRN/TNL)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents' objections (J. Thornton, 13-mc-87 [Doc. No. 22]; C. Thornton, 13-mc-86 [Doc. No. 18]) to Magistrate Judge Tony N. Leung's April 9, 2014 Report and Recommendations are **OVERRULED**;

2. Magistrate Judge Tony N. Leung's April 9, 2014 Report and Recommendations (J. Thornton, 13-mc-87 [Doc. No. 21]; C. Thornton, 13-mc-86 [Doc. No. 17]) are **ADOPTED**;

3. Respondents' Motions to Dismiss (J. Thornton, 13-mc-87 [Doc. Nos. 5, 14]; C. Thornton, 13-mc-86 [Doc. No. 5]) are **DENIED**;

4. Petitioner's Internal Revenue Service Summonses (J. Thornton, 13-mc-87 [Doc. No. 1]; C. Thornton, 13-mc-86 [Doc. No. 1]) shall be **ENFORCED**.

Date: 08/04/2014

RICHARD D. SLETTEN, CLERK

s/Thomas S. Schappa

(By)    Thomas S. Schappa, Deputy Clerk