UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 13-mc-86 (SRN/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **MOTION FOR AN ORDER** |
| ) | **TO SHOW CAUSE** |
| CRISANDRA J. THORNTON, ) | |
| ) | |
| Respondent. ) | |

Based upon the grounds set forth in the attached memorandum, and upon the declaration of Jeffrey Wagner, Petitioner moves the Court for its order requiring Respondent Crisandra J. Thornton to appear and show cause why she should not be held in contempt of this Court's order entered August 1, 2014, and the judgment entered pursuant thereto on August 4, 2014 enforcing the summons of the Internal Revenue Service issued pursuant to 26 U.S.C. § 7602.

Dated:  September 23, 2014

ANDREW M. LUGER
United States Attorney

s/ D. Gerald Wilhelm

BY: D. GERALD WILHELM
Assistant U.S. Attorney
Attorney ID Number 117122
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone:  612-664-5600
Email: Gerald.Wilhelm@usdoj.gov